**Wayne E. NICKERSON,**
**Plaintiff–Appellant,**

v.

**Conservatorship of Person and Estate of Richard B. WIRO; et al.,**
**Defendants–Appellees.**

**No. 00–16628.**
**D.C. No. CV–00–02409–CAL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 20, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Wayne Nickerson appeals pro se the district court's order dismissing his action for lack of jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction, *Crum v. Circus Circus Enters.,* 231 F.3d 1129, 1130 (9th Cir.2000), and we affirm.

---

We conclude that the district court properly found no federal question jurisdiction under 28 U.S.C. § 1331, that plaintiff failed to allege diversity of citizenship under 28 U.S.C. § 1332, and that venue was improper under 28 U.S.C. § 1391. Accordingly, the district court properly dismissed Nickerson's action for lack of subject matter jurisdiction. *See Branson v. Nott,* 62 F.3d 287, 291 (9th Cir.1995).

All remaining contentions lack merit.

AFFIRMED.